

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 5, 2018

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 17-40039-ELM |
| | § | |
| ANGEL VALDES | § | Chapter 13 |
| ELVIRA CIPRIANO VALDES | § | |
| | § | JUDGE EDWARD L MORRIS |
| DEBTORS | § | |

**ORDER DETERMINING AMOUNT DEEMED NECESSARY TO CURE
PURSUANT TO MID-CASE NOTICE BY CHAPTER 13 TRUSTEE
(DEFAULT)
(18-22)**

Pursuant to Local Bankruptcy Rule 3002-2(b), the Chapter 13 Trustee filed and served his "Notice of Amount Deemed Necessary to Cure" ("Notice") on **RESIDENTIAL MORTGAGE LOAN TRUSTE 2013-TT2**, the mortgage creditor. Such Notice contained negative notice language as authorized by Local Bankruptcy Rule 9007-1, informing the mortgage creditor of their obligation to file and serve a Response within 60 days, or else the information contained in the Notice would be deemed unopposed

RESIDENTIAL MORTGAGE LOAN TRUSTE 2013-TT2 failed to file a timely Response, or if a Response was filed, the mortgage creditor was in agreement with the Trustee's Notice.

**IT IS THEREFORE ORDERED** that as of 8/24/2018, the principal amount necessary to cure any of the following claims if being paid by the Trustee on any pre-petition home mortgage arrearage claims filed with the Court; and/or post-petition arrearage claims filed with the Court or contained in any Agreed Orders; and/or any post-petition fees and expenses filed with the court; and/or any ongoing mortgage claims are as follows:

Order Determining Amount Deemed Necessary to Cure Pursuant to Mid Case Notice by Chapter 13 Trustee (Default) (18-22)

Claim Type:   CONDUIT HOME MORTGAGE CURRENT

| Court Claim # | Trustee Claim # | Account Number | Claim Amount Due at Time of Notice (08/24/2018) | Total Amount Paid By Trustee |
|---|---|---|---|---|
| 6 | 1 | 3080 | $18,939.36 | $18,939.36 |

**PRINCIPAL AMOUNT NECESSARY TO CURE CONDUIT HOME MORTGAGE CURRENT CLAIM (TRUSTEE CLAIM # 1 ) TO BE PAID BY THE TRUSTEE, IF ANY: $0.00**

Claim Type:   CONDUIT HOME MORTGAGE ARREARS - POST PETITION ('GAP')

| Court Claim # | Trustee Claim # | Account Number | Claim Amount Due at Time of Notice (08/24/2018) | Total Amount Paid By Trustee |
|---|---|---|---|---|
| 6 | 2 | 3080 | $2,238.12 | $2,238.12 |

**PRINCIPAL AMOUNT NECESSARY TO CURE CONDUIT HOME MORTGAGE ARREARS - POST PETITION ('GAP') CLAIM (TRUSTEE   CLAIM # 2 ) TO BE PAID BY THE TRUSTEE, IF ANY: $0.00**

Claim Type:   CONDUIT HOME MORTGAGE ARREARS - PRE PETITION

| Court Claim # | Trustee Claim # | Account Number | Claim Amount Due at Time of Notice (08/24/2018) | Total Amount Paid By Trustee |
|---|---|---|---|---|
| 6 | 3 | 3080 | $68,653.52 | $10,231.81 |

**PRINCIPAL AMOUNT NECESSARY TO CURE CONDUIT HOME MORTGAGE ARREARS - PRE PETITION CLAIM (TRUSTEE   CLAIM # 3 ) TO BE PAID BY THE TRUSTEE, IF ANY: $58,421.71**

   **IT IS FURTHER ORDERED** that except as otherwise provided hereinabove, the HOME MORTGAGE REGULAR MONTHLY PAYMENT on the mortgage held by RESIDENTIAL MORTGAGE LOAN TRUSTE 2013-TT2, which is being paid by the Chapter 13 Trustee is CURRENT as of  August 2018 .

   **IT IS FURTHER ORDERED** that RESIDENTIAL MORTGAGE LOAN TRUSTE 2013-TT2 shall be precluded from asserting any other pre-petition (cure) amounts or postpetition arrearages on Court Claim # 6 that allegedly accrued before the date of the Notice (8/24/2018), in any Contested Matter or Adversary Proceeding in this case, or in any other manner, matter, or forum after a discharge in this case, without further order of the Court, or unless the Court determines, after notice and a hearing, that the failure to timely file a Response was substantially justified or is harmless .

### ###  END OF ORDER  ###